```
                             United States Bankruptcy Court
                                   District of Arizona
In re:                                                                Case No. 18-07906-PS
Amber Michele Dominguez                                               Chapter 7
         Debtor              CERTIFICATE OF NOTICE
District/off: 0970-2          User: admin                  Page 1 of 2                  Date Rcvd: Oct 15, 2018
                              Form ID: 318                 Total Noticed: 55


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 17, 2018.
db             +Amber Michele Dominguez,    4674 E. Laurel Ave.,    Gilbert, AZ 85234-7852
15117529      ++CAINE & WEINER COMPANY,    12005 FORD ROAD 300,    DALLAS TX 75234-7262
                 (address filed with court: CAINE & WEINER CO,     PO BOX 55848,    SHERMAN OAKS, CA 91413)
15117539       +COMENITYBANK/JCREW,    PO BOX 182273,   COLUMBUS, OH 43218-2273
15117543       +COMENITYCB/BLUENILE,    23640 CHIPMUNK TRAIL,   NOVI, MI 48375-3332
15263806       +Conn Appliances, Inc.,    c/o Becket and Lee LLP,    PO Box 3002,    Malvern PA 19355-0702
15117547       +DLVRY FN SVC,   7077 E BELL RD SUITE 200,    SCOTTSDALE, AZ 85254-1517
15117550      ++FIRST SAVINGS BANK,    PO BOX 5096,   SIOUX FALLS SD 57117-5096
                 (address filed with court: FSB BLAZE,     5501 S BROADBAND LN,    SIOUX FALLS, SD 57108)
15117553       +INVITATION HOMES,    1121 W. WARNER ROAD,   TEMPE, AZ 85284-2819
15117554       +JARED GALLERIA/GENESIS,    15220 NW GREENBRIER, STE,    BEAVERTON, OR 97006-5744
15117558       +MIKKI S YITZCHAKI PC,    1917 W GLENDALE AVE STE,    PHOENIX, AZ 85021-7861
15117559       +OK STUDENT LOAN AUTHOR,    525 CENTRAL PARK DR STE,    OKLAHOMA CITY, OK 73105-1723
15117564       +RSI ENTERPRISES RSIMD,    5440 W NORTHERN AVE,   GLENDALE, AZ 85301-1406
15117573       +TBOM/TOTAL CRD,   P.O. BOX 85710,    SIOUX FALLS, SD 57118-5710
15117574       +TCS THUNDERBIRD COLL S,    3200 N HAYDEN RD STE 110,    SCOTTSDALE, AZ 85251-6766

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: QBJMULLEN.COM Oct 16 2018 04:43:00      BRIAN J. MULLEN,    PO BOX 32247,
                 PHOENIX, AZ 85064-2247
smg             EDI: AZDEPREV.COM Oct 16 2018 04:43:00      AZ DEPARTMENT OF REVENUE,    BANKRUPTCY & LITIGATION,
                 1600 W. MONROE, 7TH FL.,    PHOENIX, AZ 85007-2650
15117526       +E-mail/Text: maria.dennis@gotoclc.com Oct 16 2018 01:04:59      ACCELERATED FINANCIAL,
                 39 MONETTE PKWY,   SMITHFIELD, VA 23430-2577
15117527        EDI: AZDEPREV.COM Oct 16 2018 04:43:00      ARIZONA DEPARTMENT OF REVENUE,
                 ATT: COLLECTION DIVISION,    P O BOX 29070,   PHOENIX, AZ 85038-9070
15117528       +EDI: TSYS2.COM Oct 16 2018 04:43:00      BARCLAYS BANK DELAWARE,    125 S WEST ST,
                 WILMINGTON, DE 19801-5014
15117530       +EDI: CAPONEAUTO.COM Oct 16 2018 04:43:00      CAPITAL ONE AUTO FINAN,    3901 DALLAS PKWY,
                 PLANO, TX 75093-7864
15117532       +EDI: CAPITALONE.COM Oct 16 2018 04:43:00      CAPITALONE,    PO BOX 85520,
                 RICHMOND, VA 23285-5520
15117531       +EDI: CAPITALONE.COM Oct 16 2018 04:43:00      CAPITALONE,    PO BOX 30253,
                 SALT LAKE CITY, UT 84130-0253
15117533       +EDI: WFNNB.COM Oct 16 2018 04:43:00      CB/VICSCRT,    PO BOX 182273,    COLUMBUS, OH 43218-2273
15117534       +EDI: WFNNB.COM Oct 16 2018 04:43:00      CCB/HSN,    PO BOX 182120,    COLUMBUS, OH 43218-2120
15117535       +EDI: WFNNB.COM Oct 16 2018 04:43:00      CCB/OVERST,    PO BOX 182120,    COLUMBUS, OH 43218-2120
15117536       +EDI: WFNNB.COM Oct 16 2018 04:43:00      COMENITY BANK/ANNTYLR,    PO BOX 182273,
                 COLUMBUS, OH 43218-2273
15117537       +EDI: WFNNB.COM Oct 16 2018 04:43:00      COMENITY BANK/PIER 1,    4590 E BROAD ST,
                 COLUMBUS, OH 43213-1301
15117540       +EDI: WFNNB.COM Oct 16 2018 04:43:00      COMENITYBANK/VICTORIA,    PO BOX 182789,
                 COLUMBUS, OH 43218-2789
15117541       +EDI: WFNNB.COM Oct 16 2018 04:43:00      COMENITYBANK/WAYFAIR,    PO BOX 182789,
                 COLUMBUS, OH 43218-2789
15117542       +EDI: WFNNB.COM Oct 16 2018 04:43:00      COMENITYBK/WESTELM,    4590 E BROAD ST,
                 COLUMBUS, OH 43213-1301
15117544       +EDI: WFNNB.COM Oct 16 2018 04:43:00      COMENITYCB/ULTA,    PO BOX 182120,
                 COLUMBUS, OH 43218-2120
15117545       +EDI: BLCONNS Oct 16 2018 04:43:00      CONNS CREDIT CORP,    PO BOX 2358,
                 BEAUMONT, TX 77704-2358
15117546       +EDI: DISCOVER.COM Oct 16 2018 04:43:00      DISCOVER FIN SVCS LLC,    PO BOX 15316,
                 WILMINGTON, DE 19850-5316
15117549       +E-mail/Text: bankruptcy@flagshipcredit.com Oct 16 2018 01:04:30      FLAGSHIP CREDIT ACCEPT,
                 3 CHRISTY DR STE 201,    CHADDS FORD, PA 19317-9670
15117551       +EDI: IIC9.COM Oct 16 2018 04:43:00      I C SYSTEM INC,    PO BOX 64378,
                 SAINT PAUL, MN 55164-0378
15117552       +EDI: IRS.COM Oct 16 2018 04:43:00      IRS,    PO BOX 7346,    PHILADELPHIA, PA 19101-7346
15117555       +E-mail/Text: BKRMailOPS@weltman.com Oct 16 2018 01:03:49      KAY JEWELERS,    375 GHENT RD,
                 FAIRLAWN, OH 44333-4600
15117556       +EDI: CBSKOHLS.COM Oct 16 2018 04:43:00      KOHLS/CAP1,    PO BOX 3043,
                 MILWAUKEE, WI 53201-3043
15117557       +EDI: MID8.COM Oct 16 2018 04:43:00      MIDLAND FUNDING,    8875 AERO DR STE 200,
                 SAN DIEGO, CA 92123-2255
15117560       +E-mail/Text: bk@wecollectit.com Oct 16 2018 01:04:43      PIF, INC.,    P.O. BOX 43228,
                 PHOENIX, AZ 85080-3228
15117561       +EDI: PRA.COM Oct 16 2018 04:43:00      PORTFOLIO,    120 CORPORATE BLVD, STE 1,
                 NORFOLK, VA 23502-4952
15117562       +EDI: PRA.COM Oct 16 2018 04:43:00      PORTFOLIO RECOV ASSOC,    120 CORPORATE BLVD STE 1,
                 NORFOLK, VA 23502-4952
15120145       +EDI: PRA.COM Oct 16 2018 04:43:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
15117563       +E-mail/Text: correspondence@revsolve.com Oct 16 2018 01:05:30      REVSOLVE INC,    P O BOX 310,
                 SCOTTSDALE, AZ 85252-0310
```

```
District/off: 0970-2           User: admin                 Page 2 of 2                   Date Rcvd: Oct 15, 2018
                               Form ID: 318                Total Noticed: 55
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
15117565       +E-mail/Text: compliance@sentrycredit.com Oct 16 2018 01:05:18     SENTRY CREDIT INC,
                 2809 GRAND AVE,   EVERETT, WA 98201-3417
15117566       +EDI: RMSC.COM Oct 16 2018 04:43:00      SYNCB/AMAZON,    PO BOX 965015,    ORLANDO, FL 32896-5015
15117567       +EDI: RMSC.COM Oct 16 2018 04:43:00      SYNCB/AMEAGL,    PO BOX 965005,    ORLANDO, FL 32896-5005
15117568        EDI: RMSC.COM Oct 16 2018 04:43:00      SYNCB/AMER EAGLE,    PO BOX 103024,    ROSWELL, GA 30076
15117569       +EDI: RMSC.COM Oct 16 2018 04:43:00      SYNCB/CHEVRON,    PO BOX 965015,    ORLANDO, FL 32896-5015
15117570       +EDI: RMSC.COM Oct 16 2018 04:43:00      SYNCB/OLDN,    4125 WINDWARD PLAZA,
                 ALPHARETTA, GA 30005-8738
15117571       +EDI: RMSC.COM Oct 16 2018 04:43:00      SYNCB/PAYP,    4125 WINDWARD PLAZA,
                 ALPHARETTA, GA 30005-8738
15117572        EDI: WTRRNBANK.COM Oct 16 2018 04:43:00      TARGET NB,    C/O TARGET CREDIT SERVICES, PO BOX 673,
                 MINNEAPOLIS, MN 55440-0673
15117575       +EDI: WTRRNBANK.COM Oct 16 2018 04:43:00      TD BANK USA/TARGETCRED,    PO BOX 673,
                 MINNEAPOLIS, MN 55440-0673
15117548        EDI: USBANKARS.COM Oct 16 2018 04:43:00      ELAN FINANCIAL SERVICE,    777 E WISCONSIN AVE,
                 MILWAUKEE, WI 53202
15117576       +E-mail/Text: kelly@westernamericanloan.com Oct 16 2018 01:04:15     WESTERN AMERICAN LOAN,
                 4308 W MISSOURI AVE,   GLENDALE, AZ 85301-6403
                                                                                             TOTAL: 41

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15117538         COMENITY BANK/ZGALLERI
crcm*          +++Conn Appliances, Inc.,    c/o Becket and Lee LLP,    PO Box 3002,   Malvern, PA 19355-0702
cr*            +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                             TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 17, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 15, 2018 at the address(es) listed below:
```
              BRIAN J. MULLEN    bmullen@bktrustee.phxcoxmail.com,bmullen@ecf.epiqsystems.com
              NATHAN A FINCH    on behalf of Debtor Amber Michele Dominguez ecf@catalyst.lawyer,
               notices@nextchapterbk.com,april@catalyst.lawyer,michael@catalyst.lawyer
              U.S. TRUSTEE    USTPRegion14.PX.ECF@USDOJ.GOV
                                                                                             TOTAL: 3
```

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Amber Michele Dominguez** <br> First Name    Middle Name    Last Name | Social Security number or ITIN **xxx−xx−4569** <br> EIN __−_____ |
| Debtor 2 <br> (Spouse, if filing) | _____ <br> First Name    Middle Name    Last Name | Social Security number or ITIN ____ <br> EIN __−_____ |
| United States Bankruptcy Court   **District of Arizona** | | |
| Case number:   **2:18−bk−07906−PS** | | |

# Order of Discharge                                                                                             12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Amber Michele Dominguez

10/15/18                                                                                    **By the court:**   Paul Sala
                                                                                                                United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Case 2:18-bk-07906-PS   Doc 20   Filed 10/15/18   Entered 10/17/18 22:03:33   Desc
                  Imaged Certificate of Notice   Page 3 of 4

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**